ACCEPTED
01-14-00061-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/27/2015 10:04:14 AM
CHRISTOPHER PRINI
CLERK

## CAUSE NO. 1846057 (01-14-00061-CR)

| | | |
|---|---|---|
| ***BARTOLO CARDENAS PEREZ*** | § | **COUNTY CRIMINAL** |
| **V.** | § | **COURT AT LAW** |
| | § | **NO. 8** |
| **THE STATE OF TEXAS** | § | **HARRIS COUNTY, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/27/2015 10:04:14 AM
CHRISTOPHER A. PRINE
Clerk

---

### STATE'S MOTION FOR ADDITIONAL REVIEW OF RAW DATA AND AUDIO FILES FOR THE PURPOSE OF RENDERING AN EXPERT OPINION ON THE ABILITY OF THE APPELLATE RECORD TO BE COMPLETED IN THE ABOVE STYLED CASE

---

Judge Sherman Ross, sitting by assignment as the Judge of County Criminal Court at Law No. 8 of Harris County, Texas, held a hearing in the present case on February 26, 2015, regarding an abatement order that was issued in the present case regarding the status of the appellate record. In that hearing, Brenna DeMoss, official court reporter for County Criminal Court at Law No. 11, testified that she was unable to give an opinion regarding the ability of the appellate record in the present case to be completed and filed with the Court of Appeals. Ms. DeMoss stated that she was unable to give an opinion on the issue because she was never provided with any raw transcripts, data, or audio to review in the present case to determine if the appellate record could be completed.

The undersigned Assistant District Attorney, along with Assistant District Attorney Heather Hudson, conferred with each other after the hearing was concluded. Ms. Hudson was of the opinion that there was an audio file that was made available to

all parties regarding the present case. Based on a review of the raw data I received at a prior abatement hearing, I was able to locate an audio file that consists of a DIVERT revocation hearing in the present case. The audio is mislabeled under the unrelated files. This audio can be located by clicking on the following files in the following order:

Matamoros_Castillo
    Bennett.ZIP
        HC-2013-1218-1perez

    The STATE hereby requests the Judge Sherman Ross ORDER Brenna DeMoss to review this audio file for the purpose of rendering her expert opinion on whether or not the appellate record in the present case can be completed taking into consideration this audio file.

**ABBIE MILES**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 24072240
Miles_abbie@dao.hctx.net
Curry_Alan@daohctx.net

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been served upon the following parties at the following email addresses on February 27, 2015:

Sonya Marie Chandler Anderson (counsel for Perez)
405 Main Street Ste. 700
Houston, Texas 77002
sonya@attysonyaandersonlaw.com

Lott Brooks (counsel for Sondra Humphrey)
1314 Texas Street
Houston, Texas 77002
lawyerlott@yahoo.com

Marshall Shelsy
1201 Franklin, 7th Floor
Houston, Texas 77002
Marshall_shelsy@cd.hctx.net

**ABBIE MILES**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24072240
Miles_abbie@dao.hctx.net

## CAUSE NO. 1846057 (01-14-00061-CR)

| | | |
|---|---|---|
| *BARTOLO CARDENAS PEREZ* | § | COUNTY CRIMINAL |
| V. | § | COURT AT LAW |
| | § | NO. 8 |
| THE STATE OF TEXAS | § | HARRIS COUNTY, TEXAS |

The Court hereby ORDERS Brenna DeMoss to review the additional audio recording for the purpose of testifying to her expert opinion regarding whether the appellate record in the above style case can be completed.

Signed this __27__ day of __Feb_____, 2015.

_____
**HONORABLE SHERMAN ROSS**
**JUDGE PRESIDING**
County Court at Law N. 8
Harris County, Texas